USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: APRIL 28, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANGELES,** *on behalf of herself and all others similarly situated,*<br><br>                      **Plaintiff,**<br><br>                v.<br><br>**RETROFITNESS, LLC,**<br><br>                      **Defendant.** | **1:21-cv-00056 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within sixty (60) days.

**SO ORDERED.**

Dated:    April 28, 2021
              New York, New York

                                                  _____
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**